SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 18 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Vantrease Frazier, CASE No: 57CL1:21-CR-00185
Inmate, Defendant
beheld in custody at the     5:24-CV-06-DCB-LGI
Pike County department of corrections..

  THIS COMPLAINT PURSUANT TO §18.U.S.C.
  COM-NOW MY CIVIL RIGHTS COMPLAINT
FOR FALSES IMPRISONMENT, MALICIOUS
PROSECUITION AGAINST THE STATE OF
MISSISSIPPI DISTRECT COURT, PIKE COUNTY
MISSISSIPPI COURT..

Vantreale Frazier
1-14-2024