IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VANTREASE FRAZIER                                                                      PLAINTIFF

V.                                                            CIVIL ACTION NO. 5:24-cv-6-DCB-LGI

STATE OF MISSISSIPPI DISTRICT COURT
and PIKE COUNTY MISSISSIPPI COURT                                            DEFENDANTS

FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

IT IS, ORDERED AND ADJUDGED that, this civil action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 5th day of February, 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE